UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EDWARD PERRY, | No. 2:22-cv-2140 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| M. NELSON, et al., | |
| Defendant. | |

     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On December 27, 2023, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 17. Plaintiff has filed objections to the findings and recommendations and requests leave to amend the complaint. ECF No. 18.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 27, 2023 (ECF No. 17), are adopted in full;

2. The first amended complaint is dismissed without leave to amend for failure to state a claim;

3. Plaintiff's motion to amend (ECF No. 18) is denied; and

4. The Clerk of the Court is directed to close this case.

Dated: February 2, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Perr2140.804